# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIERRA FOREST LEGACY, et.al., | ) | 1:07 cv 1654 AWI - GSA |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING |
| | ) | MOTION TO STAY LITIGATION |
| v. | ) | |
| | ) | (Document 4) |
| BERNARD WEINGARDT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 21, 2007, the parties entered into a stipulation and requests that this ligation be stayed for ninety days pending settlement negotiations. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that :

   1. The matter is stayed for ninety (90) days from the date of this order.

   2. No later than ninety day from the entry of this order, the parties shall advise the Court if good faith negotiations are continuing, or if resumption of the litigation is appropriate.

   3. If, at any time, resumption of the litigation is appropriate, the Defendants will notify the Court and file an Answer to Plaintiff's Complaint. Defendants shall file the administrative record for the challenged decision within thirty (30) days of the date the Answer is filed.

   4. During the stay of this litigation, Defendants shall refrain from advertising or awarding any timber sales and shall not implement any on-the-ground activities authorized by the challenged Kings River Record of Decision.

5. Should litigation resume, Defendants will give Plaintiffs sixty (60) days notice before awarding any timber sales or implementing any other on-the-ground activities pursuant to the Kings River Project Record Decision.

6. This stipulation notwithstanding, the parties will comply with the Court's November 20, 2007 order setting the mandatory scheduling conference for February 19, 2008 at 9:30 am in Courtroom 10.

IT IS SO ORDERED.

**Dated:** **November 26, 2007**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE