RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA S. HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Telephone:    (202) 514-5273
Facsimile:    (202) 305-0506
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:    (303) 844-1475
Facsimile:    (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>                Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>                Defendants. | CASE NO:   07-CV- 001654 AWI GSA<br><br>**JOINT STIPULATION AND ORDER STAYING LITIGATION** |

Joint Stip. to Stay Litigation, Case No. 07-cv-001654 AWI-GSA

Plaintiffs and Defendants, by their undersigned attorneys, have conferred and hereby stipulate as follows:

1.      Plaintiffs filed this action on May 18, 2007, in the District Court for the Northern District of California.

2.      On June 1, 2007, Defendants filed a motion to transfer venue to the Eastern District of California.  See Docket No. 11 in Case No. 07-cv-2646.

3.      On July 23, 2007, the District Court for the Northern District of California entered the parties' stipulated schedule, which provided that the Defendants' Answer would be filed 30 days after a ruling on the motion to transfer, and the Administrative Record[1] would be filed 30 days after submission of the Answer.  Docket No. 24 in Case No. 07-cv-2646.

4.      On October 17, 2007, the District Court for the Northern District granted Defendants' motion to transfer the case to the Eastern District.  Therefore, based on the parties' prior stipulation, Defendants' Answer would be due November 16, 2007 and the Administrative Record due December 17, 2007.

5.      On November 20, 2007, the District Court for the Eastern District of California entered an order setting a mandatory scheduling conference in this matter for February 19, 2008.

6.      The parties are engaging in good faith discussions which could obviate the need to litigate this matter.  Rather than expend further judicial and litigant resources at this time, the parties stipulate and propose to the Court that further judicial proceedings be stayed for ninety (90) days.

7.      No later than ninety (90) days from the Court's entry of this stipulation, the parties will advise the Court if good faith negotiations are continuing, or if resumption of the litigation is appropriate.

---

[1] This case is one seeking judicial review of an agency decision under the Administrative Procedure Act and will be adjudicated on an administrative record on the parties' cross motions for summary judgment.

8.      If, at the end of the ninety (90) days, the parties notify the Court that resumption of the litigation is appropriate, the Defendants will file an Answer to Plaintiffs' Complaint concurrent with said notice.  Defendants shall file the administrative record for the challenged decision within thirty (30) days of the date the Answer is filed.

9.      This stipulation notwithstanding, the parties will comply with the Court's November 20, 2007, order setting mandatory scheduling conference.

10.     The Forest Service has no intention to, and will not, advertise timber sales or implement the on-the-ground activities authorized by the challenged Kings River Project Record of Decision during the stay of this litigation.  Should litigation resume, Defendants will give Plaintiffs sixty (60) days notice before awarding any timber sales or implementing any other on-the-ground activities pursuant to the Kings River Project Record of Decision.

Respectfully submitted this 21st day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay Samford
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294

On behalf of Defendants

/s/ George M. Torgun
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612

On behalf of Plaintiffs Sierra Forest Legacy, Sierra Club, and California Native Plant Society

/s/ Rachel M. Faizo
RACHEL M. FAZIO
P.O. Box 697
Cedar Ridge, CA 95924

Joint Stip. to Stay Litigation, Case No. 07-cv-001654 AWI-GSA

On behalf of Plaintiff Earth Island Institute

PURSUANT TO STIPULATION, it is ORDERED that:

1. This matter is stayed for ninety (90) days from entry of this order.

2. No later than ninety days from entry of this order, the parties shall advise the Court if good faith negotiations are continuing, or if resumption of the litigation is appropriate.

3. If, at that time, resumption of the litigation is appropriate, the Defendants will notify the Court and file an Answer to Plaintiffs' Complaint. Defendants shall file the administrative record for the challenged decision within thirty (30) days of the date the Answer is filed.

4. During the stay of this litigation, Defendants shall refrain from advertising or awarding any timber sales and shall not implement any on-the-ground activities authorized by the challenged Kings River Project Record of Decision.

5. Should litigation resume, Defendants will give Plaintiffs sixty (60) days notice before awarding any timber sales or implementing any other on-the-ground activities pursuant to the Kings River Project Record of Decision.

IT IS SO ORDERED.

Dated:   November 26, 2007            /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

Joint Stip. to Stay Litigation, Case No. 07-cv-001654 AWI-GSA