1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division
   CYNTHIA HUBER
3  Assistant Section Chief
   United States Department of Justice
4  Environment & Natural Resources Division
   P.O. Box 663
5  Washington, DC 20044-0663
   BARCLAY SAMFORD
6  Trial Attorney
   Natural Resources Section
7  Environment & Natural Resources Division
   U.S. Department of Justice
8  1961 Stout Street - 8th Floor
   Denver, CO 80294
9  Telephone:    (303) 844-1475
   Facsimile:    (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>    Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>    Defendants. | CASE NO:  C 07-CV-1654 AWI GSA<br><br>**JOINT STIPULATION AND ORDER RESETTING SCHEDULING CONFERENCE AND CONTINUING STAY** |

1  Plaintiffs and Defendants, by their undersigned attorneys, have conferred and hereby
2  stipulate as follows:
3  1. On May 18, 2007, Plaintiffs filed the above captioned action challenging the Kings
4  River Project on the Sierra National Forest.
5  2. On October 17, 2007, the District Court for the Northern District granted
6  Defendants' motion to transfer the case to the Eastern District.
7  3. On November 26, 2007, this Court granted the parties' motion to stay the litigation
8  for 90 days to discuss settlement.  That stay is scheduled to expire on February 25, 2008.
9  4. The parties are scheduled to file a Joint Scheduling Report on February 12, 2008
10 and to appear telephonically for a scheduling conference on February 19, 2008
11 5. On February 11, 2008, the Forest Service withdrew the Record of Decision
12 authorizing the Kings River Project.
13 6. The parties and their counsel need additional time to confer and determine the
14 impact of the withdrawal of the Kings River Project on this litigation.
15 7. The parties therefore propose that the Scheduling Conference be reset for March 4,
16 2008.
17 8. No later than February 26, 2008, the parties will file a status report advising the
18 Court of how the parties view the impact of the project withdrawal on this litigation.
19 9. The parties propose the current stay of the litigation be continued until March 4,
20 2008.
21  Respectfully submitted this 11th  day of February, 2008,

                    RONALD J. TENPAS
                    Assistant Attorney General
                    Environment & Natural Resources Division

                    /s/ Barclay Samford
                    BARCLAY SAMFORD
                    Trial Attorney
                    Natural Resources Section
                    Environment & Natural Resources Division
                    U.S. Department of Justice
                    1961 Stout Street - 8th Floor
                    Denver, CO 80294

1   On behalf of Defendants

2   /s/ Michael R. Sherwood
Michael R. Sherwood, State Bar No. 63702
3   Earthjustice
426 17th Street, 5th Floor
4   Oakland, CA 94612

5   On behalf of Plaintiffs Sierra Forest Legacy, Sierra Club and California Native Plan Society

6

7   /s/ Rachel M. Fazio
John Muir Project
8   PO Box 697
Cedar Ridge, CA 95924

9
    On behalf of Plaintiff Earth Island Institute
10

11

12   PURSUANT TO STIPULATION, it is ORDERED that:

13   1.   The Scheduling Conference set for February 19, 2008 is VACATED and reset for

14        March 4, 2008 at 9:30 am in Courtroom 10 before the Honorable Gary S. Austin.

15        The parties may appear telephonically.

16   2.   No later than February 26, 2008, the parties will file a status report advising the

17        Court of how the parties view the impact of the project withdrawal on the

18        litigation.

19   3.   This litigation will remain STAYED until March 4, 2008.  The motion to intervene

20        filed by the proposed defendant intervenors on November 26, 2007, and the

21        briefing schedule for that motion is also STAYED until March 4, 2008.  A status

22        conference regarding the Motion to Intervene will be held in conjunction with the

23        scheduling conference.

24

25
     IT IS SO ORDERED.
26
     Dated:   **February 15, 2008**          /s/ **Gary S. Austin**
27                                            UNITED STATES MAGISTRATE JUDGE

28