MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

MICHAEL GRAF, State Bar No. 136172
Law Offices
227 Behrens Street
El Cerrito, CA 94530
(510) 525-7222

Attorneys for Plaintiffs Sierra Forest Legacy, Sierra Club,
and California Native Plant Society

RACHEL M. FAZIO, State Bar No. 187580
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

Attorney for Plaintiff Earth Island Institute

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest, United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>　　　　　Defendants. | Case No: 07-cv-01654-AWI-GSA<br><br>**STIPULATION TO DISMISS ACTION AND SCHEDULE BRIEFING ON PLAINTIFFS' CLAIM TO ATTORNEYS' FEES** |

Plaintiffs and Defendants, by their undersigned attorneys, hereby agree and stipulate as follows:

1. On February 11, 2008, the Forest Service withdrew the Record of Decision authorizing the project challenged in this litigation, the Kings River Project. The withdrawal decision stated that additional information had been developed since the Record of Decision was signed that would help analyze the effects of various silvicultural prescriptions on sensitive wildlife species like the Pacific fisher, and that Defendants would prepare a supplemental environmental impact statement for the Project in order to reach a more informed decision.

2. The parties agree that the Forest Service's February 11, 2008 withdrawal of the Record of Decision for the Kings River Project renders this litigation moot.

3. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of this matter without prejudice.

4. Plaintiffs submit that the events which have transpired in the course of this litigation entitle Plaintiffs to an award of costs and attorneys' fees pursuant to 28 U.S.C. § 2412.

5. Defendants do not believe that the Plaintiffs are entitled to an award of fees pursuant to 28 U.S.C. § 2412.

6. The parties agree that, notwithstanding dismissal of this action, the Court retains jurisdiction to consider any stipulation or motion concerning such costs and fees. *See Zucker v. Occidental Petroleum Corp.*, 192 F.3d 1323, 1329 (9th Cir. 1999) (noting that attorneys' fees "are but an ancillary matter over which the district court retains equitable jurisdiction even when the underlying case is moot'"); *Citizens for Responsible Gov't v. Davidson*, 236 F.3d 1174, 1183 (10th Cir. 2000) ("[A] plaintiff may still recover (and a defendant may still contest) fees even when the merits have been rendered moot.").

7. The parties agree that, if they are unable to reach a settlement of Plaintiffs' claim to attorneys' fees, the Plaintiffs will file a motion seeking an award of fees within 30 days of the

Court's Order entering this stipulation, and that motion will be briefed and argued under the timelines provided by the Local Rules.

8. The parties request that the Case Management Conference currently scheduled for March 4, 2008 be vacated.

DATED: February 26, 2008  Respectfully submitted,

/s/ George M. Torgun
GEORGE M. TORGUN
MICHAEL R. SHERWOOD
MICHAEL GRAF

Attorneys for Plaintiffs Sierra Forest Legacy,
Sierra Club, and California Native Plant Society

/s/ Rachel Fazio (authorized 2/26/08)
RACHEL M. FAZIO

Attorney for Plaintiff Earth Island Institute
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay Samford (authorized 2/26/08)
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294

Attorneys for Defendants

2

Stipulation to Dismiss Action and Schedule Briefing on Attorneys' Fees – No. 07-cv-01654-AWI-GSA

**ORDER**

IT IS SO ORDERED.

Dated:   **February 29, 2008**              /s/ **Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE