MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

MICHAEL GRAF, State Bar No. 136172
Law Offices
227 Behrens Street
El Cerrito, CA 94530
(510) 525-7222

Attorneys for Plaintiffs Sierra Forest Legacy, Sierra Club,
and California Native Plant Society

RACHEL M. FAZIO, State Bar No. 187580
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

Attorney for Plaintiff Earth Island Institute

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>        Plaintiffs,<br><br>   v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest, United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>        Defendants. | Case No:  07-cv-01654-AWI-GSA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING ON FEES** |

Plaintiffs and Defendants, by their undersigned attorneys, hereby agree and stipulate as follows:

1. Pursuant to a stipulation entered by the Court on March 4, 2008, plaintiffs' motion for an award of attorneys' fees in this matter is currently due on April 3, 2008. Document No. 27.

2. The parties are now engaging in good faith discussions which could obviate the need to litigate the issue of attorneys' fees. Rather than expend further judicial and litigant resources at this time, the parties stipulate and propose to the Court that any motion seeking an award of fees shall be filed by April 18, 2008, and that the motion will be briefed and argued under the timelines provided by the Local Rules.

DATED: April 1, 2008          Respectfully submitted,

/s/ George M. Torgun
GEORGE M. TORGUN
MICHAEL R. SHERWOOD
MICHAEL GRAF

Attorneys for Plaintiffs Sierra Forest Legacy,
Sierra Club, and California Native Plant Society

/s/ Rachel Fazio (authorized 4/1/08)
RACHEL M. FAZIO

Attorney for Plaintiff Earth Island Institute

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay Samford (authorized 4/1/08)
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294

Attorneys for Defendants

**ORDER**

Pursuant to the parties stipulation, any motion seeking an award of fees shall be filed by April 18, 2008, and that the motion will be briefed and argued under the timelines provided by the Local Rules.

IT IS SO ORDERED.

**Dated:   April 2, 2008**                                   /s/ Anthony W. Ishii
                                                                          UNITED STATES DISTRICT JUDGE