RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:    (303) 844-1475
Facsimile:    (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>Defendants. | CASE NO:   07-cv-1654-AWI-GSA<br><br>**STIPULATION AND ORDER ON ATTORNEYS' FEES AND COSTS** |

Stip. on Attorney's Fees and Costs, Case No. 07-cv-01654-AWI-GSA

Plaintiffs and Defendants, by their undersigned attorneys, have conferred and hereby stipulate as follows:

1. Defendants will pay Plaintiffs ten thousand dollars ($10,000) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and/or any other statute and/or common law theory, for all attorneys' fees and costs incurred by Plaintiffs, individually and/or severally, in this litigation.

2. The Parties agree that Plaintiff Sierra Club is not eligible for attorneys fees as a plaintiff under EAJA; provided, however, that Sierra Club attorneys may be reimbursed for legal services rendered to EAJA-eligible parties.

3. Forest Service's payment, as identified in Paragraph 1 above, shall be accomplished by the Forest Service using an electronic fund transfer into the Earthjustice Attorney Client Trust Account Fund, The Mechanics Bank, Richmond CA.  Plaintiffs' attorneys shall provide the appropriate account number to the undersigned Forest Service counsel. Defendants shall submit the paperwork for the payment within twenty (20) days after this stipulation is entered by the Court or Plaintiffs provide the necessary information as required by Paragraph 3 to facilitate the payment, whichever is later.  Plaintiffs' attorneys shall notify the Defendants' attorneys when payment is received.

4. Plaintiffs and their attorneys agree to hold harmless Defendant in any litigation, further suit, or claim arising from the deposit of the agreed-upon $10,000.00 settlement amount into the Client Trust Account identified in Paragraph 3 above.

5. This stipulation is the result of compromise and settlement and does not represent an admission by any Party to any fact, claim, or defense in any issue in this lawsuit.  This stipulation has no precedential value and shall not be cited in any other litigation except as necessary to enforce the terms of the stipulation.

6. No provision of this stipulation shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

1       7.    Nothing in the terms of this stipulation shall be construed to limit or deny the

2 power of a federal official to promulgate or amend regulations.

3       8.    The undersigned representatives of the Parties certify that they are fully authorized

4 by the respective Parties whom they represent to enter into the terms and conditions of this

5 stipulation and to legally bind such Parties to it.

6       9.    This stipulation represents the entirety of the Parties' commitments with regard to

7 settlement. The terms of this agreement shall become effective upon approval by the Court of this

8 stipulation.

9 IT IS HEREBY AGREED.

10 Respectfully submitted this 18th day of April, 2008,

11       RONALD J. TENPAS
      Assistant Attorney General
12       Environment & Natural Resources Division

13       /s/ Barclay Samford
      BARCLAY SAMFORD
14       Trial Attorney
      Natural Resources Section
15       Environment & Natural Resources Division
      U.S. Department of Justice
16       1961 Stout Street - 8th Floor
      Denver, CO 80294
17
      Attorney for Defendants
18
      /s/ George M. Torgun
19       GEORGE M. TORGUN
      MICHAEL R. SHERWOOD
20       MICHAEL GRAF

21       Attorneys for Plaintiffs Sierra Forest Legacy,
      Sierra Club, and California Native Plant Society
22
      /s/ Rachel M. Fazio
23       RACHEL M. FAZIO
      Attorney for Plaintiff Earth Island Institute
24

25 PURSUANT TO STIPULATION,

26 IT IS SO ORDERED.

27 **Dated:  April 18, 2008**      /s/ Anthony W. Ishii
      UNITED STATES DISTRICT JUDGE
28